**Order filed March 18, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00073-CV
_____

## FRANK HUDSON, Appellant

## V.

## LUTHER FOREST, Appellee

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-41363**

# O R D E R

According to information provided to this court, on January 2, 2014, appellant filed a notice of appeal from a final judgment signed October 11, 2013. The clerk's record was due February 10, 2014, but it has not been filed. On February 21, 2014, the Harris County District Clerk's office notified this court that appellant has not made payment arrangements for preparation of the clerk's record. No evidence that appellant is entitled to proceed as indigent has been filed. Therefore, on February 21, 2014, this court notified appellant that the appeal is

subject to dismissal unless appellant made payment arrangements for preparation of the clerk's record and provided this court with proof on or before March 10, 2014. No response was filed. Accordingly, we issue the following order:

The appeal will be dismissed unless appellant pays for preparation of the clerk's record and provides this court with proof of payment on or before **March 31, 2014.** *See* Tex. R. App. P. 37.3(b).

PER CURIAM